[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-15819

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 25, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00067-CV-RWS-2

GRACEWAY PHARMACEUTICALS, LLC,
CHESTER VALLEY PHARMACEUTICALS, LLC,

Plaintiffs-Appellants,

versus

RIVER'S EDGE PHARMACEUTICALS, LLC,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(May 25, 2010)

Before BLACK, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

We have carefully reviewed the briefs on appeal and the record in this case.

We have had the benefit of oral argument. Our resolution of this case has adhered

strictly to the particular arguments asserted on appeal by appellants. We also note that the record in this case is deficient; the primary record evidence relied upon by appellants for crucial elements of its proof is a survey of pharmacists, which was flawed in several respects, including in particular that the survey did not describe actual advertisements at issue or reveal the fact that none of the drugs involved was either approved by FDA or required to be approved. After careful deliberation, and on the basis of the limited record in this case, and addressing only the particular arguments raised by the appellants on appeal, we cannot conclude that the district court committed reversible error.[1]

For these limited reasons, the judgment of the district court is

AFFIRMED.

---

[1] Although we have some concern about the application of Georgia law, appellants have failed to articulate a persuasive argument challenging the district court in this regard. Limiting ourselves to appellants' particular arguments on appeal, we decline to disturb the district court's ruling. We do note that the district court's opinion clearly could have no persuasive or preclusive value in a case not involving Georgia law.